AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br><br>TONY REAM,<br>*Defendant* | **TO BE FILED UNDER SEAL**<br><br>Case No. 25-MJ-164 (SIL) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   TONY REAM,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Defendant has embezzled over $1.6 million from his employer using interstate wires in violotion of 18 United States Code, Section 1343.

Date:  05/07/2025

*Issuing officer's signature*

City and state:  Central Islip, New York         The Honorable Steven I. Locke, U.S.M.J.
*Printed name and title*

### Return

This warrant was received on *(date)* 05/08/25, and the person was arrested on *(date)* 05/13/25
at *(city and state)* Greenville, South Carolina.

Date: 5/14/25

*Arresting officer's signature*

Evan Graham, Special Agent FBI
*Printed name and title*